IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Donna J. Grady,

    Plaintiff,

  v.                                 Case No. 2:11-cv-763

Michael J. Astrue,                    JUDGE GREGORY L. FROST
Commissioner of Social Security,      Magistrate Judge Kemp

    Defendant.

## ORDER

   This matter is before the Court on the parties' joint motion to remand.  The motion sets forth good cause for a remand and the motion (#10) is **GRANTED**.  This case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four.  On remand the Administrative Law Judge (ALJ) shall fully address the medical source opinions of record and provide good reasons for his findings; address all evidence regarding the functional limitations resulting from Plaintiff s obesity; and, as necessary, the ALJ will obtain vocational expert evidence and testimony.  The Clerk is directed to enter judgment accordingly.

     **IT IS SO ORDERED**.

                                       /s/   Gregory L. Frost
                             **GREGORY L. FROST
                             UNITED STATES DISTRICT JUDGE**