**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Donna J. Grady

    vs       Case No. C2-11-763

Michael J. Astrue,     **Judge Frost**
Commissioner of Social Security  **Magistrate Judge Kemp**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

  IT IS ORDERED AND ADJUDGED that the Joint Motion to Remand is GRANTED. This case is REMANDED to the Commissioner pursuant to U.S.C. § 405(g), sentence four.

Date: **January 3, 2012**   **James Bonini, Clerk**

             s/ Scott Miller
           By Scott Miller /Deputy Clerk